```
LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 954-2380
     Facsimile: (909) 796-3402
     E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LEMAHI GAIL JOSEPH, | ) | No: 2:23-CV-1319-JPR |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($4,800.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 7/14/2023        _____

HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE